UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

MIGUEL IBARRA

CRIMINAL ACTION
NO. 04-10075-PBS

## NOTICE OF INITIAL PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                                                          November 23, 2004

      TAKE NOTICE that the above-entitled case has been set for a Initial Pretrial Conference on **December 3, 2004**, at **3:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

By the Court,

/s/ Robert C. Alba
Deputy Clerk

Copies to: All Counsel