3

Thompson. Since ALEXIOU had recently used the black Lincoln when he met Lemieux (without the drug purchase money) and then returned to the tavern driving a gold Lexus with the drug money in the trunk, I concluded that Thompson had functioned as a co-conspirator whose job was to safeguarded the drug purchase money prior to the deal and ALEXIOU'S arrest. Shortly after ALEXIOU'S arrest, Massachusetts State Police Sgt. John Brooks, in a marked State Police cruiser and in uniform, approached and questioned Thompson. Sgt. Brooks immediately recognized Thompson as a suspected associate of ALEXIOU's from Brockton, MA. Sgt. Brooks also recognized Thompson from previous surveillance he had participated in at ALEXIOU'S residence in Brockton in 2001 and surveillance at another residence in Brockton where Brooks suspected that illegal drugs were being distributed out of. Additionally, Brooks had learned from two separate law enforcement confidential sources that Thompson assists ALEXIOU in his drug distribution efforts in southeastern Massachusetts.

11. A subsequent inventory search of the black Lincoln produced a second wireless telephone; a Nokia wireless telephone serviced by T-Mobile ("Nokia"). In a subsequent conversation with Thompson about the Nokia telephone found in the black Lincoln, Thompson stated that ALEXIOU had given the Nokia telephone to him to use and that he had had the Nokia telephone for the past few weeks. After Thompson allowed me to examine this telephone, I identified a number of outbound calls showing recent contacts with the Motorola telephone. These contacts are for January 29, 2003, as well as three (3) calls on the date of ALEXIOU's arrest -- January 31, 2003. In fact, two (2) of the calls from the Nokia to the Motorola telephone were during the actual undercover phase of the investigation with Lemieux at 3:30 p.m. and 4:08 p.m.

12. The Motorola telephone has been maintained in my custody in order to ensure the battery remained charged and that no valuable evidence would be lost prior to applying for this search warrant. Although, no agents have accessed any data from the telephone, an inspection of the face of the phone indicates that there are stored voice mail messages in the system as well as an electronic phone book directory containing names and contact telephone numbers of associates.

13. Through my training and experience, I have learned that the internal circuitry of cellular telephones contain electronically stored and embedded information and data that includes, but is not limited to, particular subscriber information, recently dialed telephone and pager numbers, the names, telephone numbers and addresses of individuals contained on the cell phones' internal directory or messaging system. As such, I seek permission to search the Motorola for the following data:

> any telephone numbers or other identifying information for frequently called numbers or directory of persons stored in the software of the cellular telephone; any information concerning the identity of phone numbers who have called the cellular telephone that is stored in the software and memory of the cellular telephone; and any voice mail messages that may be stored in the software and memory of the cellular telephone and/or the cellular telephone carrier for the cellular telephone.