U.S. Department of Justice
Drug Enforcement Administration

EXHIBIT 1
FEB 15 2005

# REPORT OF INVESTIGATION

Page 1 of 5

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: SA Clinton Aldrich At: Boston, MA | | | 6. File Title | |
| ☐ Closed ☐ Requested Action Completed ☐ Action Requested By: | | | 8. Date Prepared 02/21/03 | |

Other Officers: SA'S Brian Tomasetta, Dennis Barton, Nancy Morelli, Vincent Kelly, Mathew Deignan, Chris Brackett, MSP Sgt John Brooks, Tpr Tom Arroyo, Tpr Ed McDonald

10. Report Re: Execution of Federal Search Warrant at 87 Sumner Street, Brockton, MA and Acquisition of Exhibits N-84 thru N-105 and N-107 thru N-109.

## SYNOPSIS

February 14, 2003, at approximately 2PM, documentary federal search warrant #03M-1012-JGD, issued by Judge Magistrate Judith Dein, was executed at 87 Sumner Street West, Brockton, MA, domicile of Dimitrios ALEXIOU. Entry to the home, which was unoccupied at the time, was obtained through house keys seized from ALEXIOUS at the time of his arrest. Upon departure from the residence a copy of the warrant was left and the house locked. Pursuant to this warrant the following non-drug exhibits were seized for evidentiary purposes.

## DETAILS AND CUSTODY OF EVIDENCE

Exhibit N-84 is one box of personal checks in the name of Miguel A. Ibarra, PO Box 1494, Framingham, MA 01701 issued through Fleet Bank. Ex N-84 was obtained by SA Nancy Morelli from a coffee table in the living room and turned over to SA Clinton Aldrich for documentation and custodial purposes.

Exhibit N-85 is miscellaneous photographs obtained by SA Chris Brackett from the nightstand in the left-hand corner of the master bedroom. Ex-N-85 was turned over to SA Aldrich for documentation and custodial purposes.

| Distribution: Division SARI District Other | 12. Signature (Agent) SA Clinton Aldrich | 13. Date 2/28/03 |
|---|---|---|
| | 14. Approved (Name and Title) G/S Mark Mazzei | 15. Date 3-3-3 |

Form - 6
1996)

DEA SENSITIVE
Drug Enforcement Administration

Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.
Previous edition dated 8/94 may be used.

CI0897