UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                          Cr. No. 04-10075-PBS

John Clark, Miguel Ibarra

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☐ Ad Prosequendum          X Ad Testificandum.

Name of Detainee:   **Lecotte Thompson**

Detained at (custodian): Metropolitan Detention Center, Brooklyn, NY

Detainee is:   a.)   ☐ charged in this district by:
                     ☐ Indictment    ☐ Information    ☐ Complaint

or   b.)   X a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  X return to the custody of detaining facility upon termination of proceedings

or   b.)  ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is necessary for the purpose of __testimony__ on __March 28, 2005 and thereafter__ at __8:30 a.m.__ in courtroom number __19__ on the __7th__ floor before the Honorable __Patti B. Saris__.

Attorney of Record for:

_Rachel E. Hershfang_
Assistant United States Attorney

Date: 2/28/05

2/28/05
allowed

/s/ Patti B. Saris

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Lecotte Thompson | Male  X | Female ☐ |
| Booking or Fed. Reg. #: | 24592-038 | DOB: | |
| Facility Address: | P.O. Box 329001 | Race: | bl. |
| | Brooklyn, NY 11232 | FBI #: | |
| Facility Phone: | (718) 840-5005  fax | | |
| Currently Incarcerated For: | | | |

### RETURN OF SERVICE

Executed on _____ by _____

(habeus application.wpd - 2/23/98)