UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                                                    CRIMINAL ACTION
                                                    NO.  04-10075-PBS

       v.

MIGUEL IBARRA

## NOTICE OF RULE 11 HEARING

SARIS, U.S.D.J.                                                                           April 28, 2005

      TAKE NOTICE that the above-entitled case has been set for a Rule 11 Hearing on **May 16, 2005**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

**NOTE:** Defense counsel is to contact U.S. Probation and make arrangements to meet with the probation officer on the morning of the Rule 11 hearing.  Counsel should be prepared to spend as much time as necessary for the interview process as it takes approximately two hours.

                                                                       By the Court,

                                                                  /s/ Robert C. Alba
                                                                  Deputy Clerk

Copies to:  All Counsel