UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA      )
                              )
        v.                    )    CRIMINAL NO. 04-10075-PBS
                              )
MIGUEL IBARRA                 )
```

## NOTICE OF APPEAL

Defendant Miguel Ibarra hereby appeals the judgment and sentence imposed on the above-numbered indictment on August 9, 2005 to the United States Court of Appeals for the First Circuit.

```
                         MIGUEL IBARRA
                         By his attorney,

                         /s/ Catherine K. Byrne

                         Catherine K. Byrne
                            B.B.O. #543838
                         Federal Defender Office
                         408 Atlantic Avenue, 3rd Floor
                         Boston, MA  02110
                         Tel: 617-223-8061
```

August 18, 2005