UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | CRIMINAL NO. 04-10075-PBS |
| ) | |
| MIGUEL IBARRA            ) | |

## MOTION TO WITHDRAW NOTICE OF APPEAL

Defendant, Miguel Ibarra, hereby moves this Court allow him to withdraw the previously filed Notice of Appeal.

In support of this motion, defendant states that he will not pursue the appeal, and that this decision has come before the case was docketed in the United States Court of Appeals for the First Circuit. As further support of this motion, defendant incorporates the attached affidavit of Miguel Ibarra.

```
                              MIGUEL IBARRA
                              By his attorney,


                              /s/Catherine K. Byrne
                              Catherine K. Byrne
                                B.B.O. #543838
                              Federal Defender Office
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA  02110
                              Tel: 617-223-8061
```