UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MIGUEL IBARRA,
Plaintiff-Appellee,

v.

UNITED STATES OF AMERICA,
Defendant-Appellant.

STATEMENT OF APPELLANT IBARRA CONSENTING
TO WITHDRAWAL/DISMISSAL OF APPEAL

I, Miguel Ibarra am the appellant in this case. After discussing with counsel potential issues on appeal, I authorized counsel to withdraw my appeal of the judgment and sentence imposed in the District Court case numbered CRIMINAL NO. 04-10075-PBS .

This statement is to confirm that I consent to the withdrawal of my appeal. I understand that the appeal will be dismissed and that the judgment of the district court will stand.

Dated: _SEP- 9th - 2005_

_____
Miguel Ibarra

witness: September 9, 2005   Catherine t. Byrne